**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Fifi Monique Graham

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2016 AUG 11  P 4: 13

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Todd Ryan, DO

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name           Fifi Graham
           Street Address 256 S Burnett St Apt 2
           County, City   Essex   East Orange
           State & Zip Code N.J.   07018
           Telephone Number 862-888-7837 or 862 902 8202

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _Todd C. Ryan DO_
Street Address _10 Parsonage Rd Suite 500 5th_
County, City _Middlesex   Edison_
State & Zip Code _N.J. 08837_

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [ ] Federal Questions
    [ ] Diversity of Citizenship
    [ ] U.S. Government Plaintiff
    [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

**IV. Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Therapy that was discontinued by the Dr. Todd Ryan

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Because of The Ductor Todd Ryan failure to provide appropriate treatment for Negligence I will like for you to hear my case, In the amount of $300,000

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this_____day of_____, 20_____.

Signature of Plaintiff  Fifi Graham
Mailing Address  256 S Burnett St Apt 2
East Orange
N.J 07018
Telephone Number  862 588 7837
Fax Number *(if you have one)* _____
E-mail Address _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____