United State District Court
District of New Jersey

Fifi Graham
vs.
Dr Todd. C. Ryan

2:16-CV-04912-CCC-JBC

Amended Complaint
Second Amended Complaint

On this day 2 of December 2016, I'm submitting to inform The federal District Court that I'm Plaintiff fifi Graham (Pro Se) is a victim of Medical Malpractice. Defendant Dr Todd. C. Ryan an Orthopedic Surgeon at JFK Medical Center 65 James St, Edison, NJ. 08820 On October 22, 2014 Dr Todd C Ryan repeated another surgery on my Right Shoulder to investigate ongoing pain that was cause from Dr Todd C. Ryan Medical standard of Care by leaving a foreign object into my Shoulder. On this day Dr Todd C Ryan still refuse to remove the foreign object or to authorized any kind of pain management and I Still having trouble with my Right side Shoulder. My original Complaint is A fact of my present illness

I declare under penalty of perjury that the foregoing is true and correct December 2, 2016

Prose. Fifi Graham
956 South Burnett St
East Orange N.J. 07018
862 888 7837
Fifi Graham

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Fifi Monique Graham

**DEFENDANTS**
Dr Todd G Byars

**(b)** County of Residence of First Listed Plaintiff: Essex County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Middlesex County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, Email and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
☒ 3 Federal Question

## III. CITIZENSHIP OF PRINCIPAL PARTIES

## IV. NATURE OF SUIT
☒ 362 Personal Injury - Medical Malpractice

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Civil Law
Brief description of cause: Medical Mal-Practice Surgical Error Personal Injury

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 300,000

## VIII. RELATED CASE(S) IF ANY

DATE: December 2, 2016

SIGNATURE OF ATTORNEY OF RECORD: (Pro Se)