United State District Court

District of New Jersey.

Fifi Graham

.vs.

Dr. Todd C. Ryan

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2:16-cv-09212 -CCe JBC

Third Amended Complaint

I Fifi Graham injured my right Shoulder on my job ongoing surgery by Workmen Compensation Dr. Todd Ryan failure to perform surgery in accordance with recommendation from orthopedic surgeon to remove fragment of hardware embedded in lumerus. This Negligents of care resulted in chronic pain, range of motion limitation, and diminished capacity to perform activities of daily living per prior level of independent function. decreased active movement and chronic pain, A case of Mal-practice.

I declare under penalty of perjury that the foregoing is true and correct. January 30, 2017

Fifi Graham

25C South Bennett St

East Orange NS. 07018

862 888-7837

Fifi Graham